

# Fourth Court of Appeals
## San Antonio, Texas

September 10, 2019

No. 04-19-00486-CR

Vinay Prakash **YADAV**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 15, Bexar County, Texas
Trial Court No. 601414
Honorable Melissa Vara, Judge Presiding

# O R D E R

On July 19, 2019, appellant filed a notice of appeal seeking to appeal the trial court's judgment in the underlying cause in which sentence was suspended on July 8, 2019. The clerk's record was filed in this appeal on August 27, 2019. The clerk's record does not contain a certification of appellant's right to appeal. In response to an inquiry, a deputy clerk of this court was informed the trial judge does not intend to sign a certification.

"The trial court shall enter a certification of a defendant's right of appeal each time it enters a judgment of guilt or other appealable order." TEX. R. APP. P. 25.2(a)(2). It is therefore ORDERED that the trial court enter a certification of defendant's right of appeal in accordance with Rule 25.2 of the Texas Rules of Appellate Procedure no later than two weeks from the date of this order. It is FURTHER ORDERED that the trial court clerk file a supplemental clerk's record containing the certification no later than ten days from the date the trial court enters the certification.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of September, 2019.



_____

KEITH E. HOTTLE,
Clerk of Court